UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KIANA RHONE,

    Plaintiff,

v.                              Case No. 3:24-cv-1195-HES-PDB

JTA CONNECTION ETC.,

    Defendant.
_____/

### O R D E R

This case is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 7) recommending Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. 2) be denied and recommending the case be dismissed without prejudice for pleading deficiencies and failure to diligently prosecute. To date, no objections to the Report have been filed, and the time for doing so has passed. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the Report and Recommendation in full.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Dkt. 7) is **ADOPTED** as the opinion of this Court;

2. Plaintiff's Motion to Proceed in Forma Pauperis (Dkt. 2) is **DENIED**;

3. The case is **DISMISSED without prejudice**; and

4. The Clerk shall terminate any pending motions or deadlines and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 12 day of February 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Patricia D. Barksdale
Robert Johnson, *pro se*